UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY D. JOHNSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>OKLAHOMA CRIMINAL JUSTICE )<br>AUTHORITY ADMINISTRATOR, )<br>)<br>Respondent. ) | Case No. CIV-25-756-J |

## ORDER

Petitioner, who is housed at the Oklahoma County Jail and is appearing pro se, filed a petition for a writ of habeas corpus. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On August 22, 2025, Judge Maxfield issued a Report and Recommendation recommending that this action be dismissed without prejudice to re-filing based upon Petitioner's failure to cure deficiencies. *See* [Doc. No. 7]. Petitioner was advised of his right to object to the Report and Recommendation by September 12, 2025. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 7] and DISMISSES Petitioner's Petition for a Writ of Habeas Corpus without prejudice.

IT IS SO ORDERED this 29th day of September, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE